UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:08−bk−04900−CGC |
| MARIA ANN CANTU<br>*Debtor(s)* | Chapter: 7 |

| | |
|---|---|
| American Contractors Indemnity Company<br>*Plaintiff(s)* | Adversary No.: 2:08−ap−00403−CGC |
| v. | |
| MARIA ANN KONIECZKO−CANTU<br>*Defendant(s)* | |

# ORDER SETTING ORAL ARGUMENT AND BRIEFING SCHEDULE

A motion for summary judgment has been filed by **AMERICAN CONTRACTORS INDEMNITY COMPANY** in the above captioned cause,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Both the moving and responding parties shall comply fully with the requirements of Rule 9013−1(g) of the Rules of Practice of the United States Bankruptcy Court for the District of Arizona. This means, in part, that both parties must file separate statements of facts and memoranda of points and authorities in support of their respective positions as set forth in the Rule. A responsive memorandum shall be filed no later than thirty (30) days after service of the motion. A reply memorandum shall be filed no later than fifteen (15) days after service of a responsive memorandum.

   Failure to timely file a responsive memorandum shall constitute consent to the granting of the motion. Failure to timely file a reply memorandum shall constitute grounds for the court's disregarding of the memorandum.

2. Stipulations or motions for altering the above briefing schedule shall be filed on or before the date on which the response or the reply is due.

3. Oral argument on the motion is set for 1/6/00 at 10:00 AM, United States Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Charles G. Case II.

4. Any motion or stipulation to shorten the time for hearing shall set forth a proposed altered briefing schedule.

| | |
|---|---|
| **Date:** October 23, 2009 | BY THE COURT |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | HONORABLE Charles G. Case II<br>United States Bankruptcy Judge |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: vaughanr           Page 1 of 1               Date Rcvd: Oct 23, 2009
Case: 08-00403                Form ID: omsj            Total Noticed: 2
```

The following entities were noticed by first class mail on Oct 25, 2009.
```
aty          +R. Gibson Pagter,    Pagter and Miller,    525 N. Cabrillo Park,    Suite 104,
              Santa Ana, CA 92701-5017
pla          +American Contractors Indemnity Company,    c/o,    Richard B. Murphy,    2 North Central Avenue,
              Suite 1700,    Phoenix, AZ 85004-2396
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           MARIA ANN KONIECZKO-CANTU
                                                                                                TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**                          **Signature:**       *Joseph Speetjens*

Case 2:08-ap-00403-CGC    Doc 22    Filed 10/23/09    Entered 10/25/09 22:09:07    Desc
Imaged Certificate of Service    Page 2 of 2